Case 19-25770-JNP    Doc 22-4    Filed 02/18/21    Entered 02/18/21 10:31:53    Desc




**American Heritage Federal Credit Union**
2060 Red Lion Road
Philadelphia, PA 19115
215-969-0777
Toll free: 800-342-0008
www.AMHFCU.org

**LOANLINER Home Equity System — Application**

**NOTE AND COMPLETE** — **NOTICE TO OHIO APPLICANTS:** The Ohio laws against discrimination require that all creditors make credit equally available to all credit worthy customers, and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio Civil Rights Commission administers compliance with this law.

**WISCONSIN RESIDENTS ONLY:** (1) No provision of any marital property agreement, unilateral statement under Section 766.59, or count decree under Section 766.70 will adversely affect the rights of the Credit Union unless the Credit Union is furnished a copy of the agreement, statement or decree, or has actual knowledge of its terms, before the credit is granted or the account is opened. (2) Please sign if you are not applying for this account or loan with your spouse. The credit being applied for, if granted, will be incurred in the interest of the marriage or family of the undersigned.

X _____
SIGNATURE FOR WISCONSIN RESIDENTS ONLY    DATE

Married Applicants may apply for a separate account.

☐ **Individual Credit:** Complete Applicant section. Complete Co-Applicant, Spouse, (referred to as "Other") section: (1) about your spouse if you live in a community property state (AZ, CA, ID, LA, NM, NV, TX, WA, WI), or (2) if your spouse will use the Account. Please check box to indicate whom the information is about.

☒ **Joint Credit:** Each Applicant must individually complete the appropriate section below. If Co-Borrower is spouse of the Applicant, mark the Co-Applicant box.

**Type of Account::** ☒ Closed End 2nd mortgage  ☐ Home Equity Line of Credit  ☐ Interest only Home Equity Line of credit
Term (Closed end only) 180

**Amount Requested** $ 48,500.00   **Purpose:** HOME IMPROVEMENT
**Repayment:** ☐ Payroll Deduction  ☐ Cash  ☒ Automatic Payment  ☐ Military Allotment  ☐ _____

**STATEMENT OF INTENT** Are you interested in having your loan protected? ☐ Yes  ☒ No
If you answer "yes", the credit union will disclose the cost to protect your loan. The protection is voluntary and does not affect your loan approval. In order for your loan to be covered, you will need to sign a separate application that explains the terms and conditions.

### APPLICANT INFORMATION

| | APPLICANT | OTHER ☐ CO-APPLICANT  ☐ SPOUSE |
|---|---|---|
| NAME (Last - First - Initial) | HENRY C SCHABER | MARY ANNA SCHABER |
| DRIVER'S LICENSE NUMBER/STATE | | |
| BIRTH DATE | 7/29/1944 | 3/12/1945 |
| ACCOUNT NUMBER | 88005890-09 | (redacted) |
| SOCIAL SECURITY NUMBER | 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 | (redacted) |
| HOME PHONE | (856) 346-0716 | (856) 346-0716 |
| CELL PHONE | | (856) 904-7407 |
| BUSINESS PHONE/EXT. | | (856) 346-0716 |
| PRESENT ADDRESS | 58 ESTATES RD, PINE HILL, NJ 08021-6536  ☒ OWN ☐ RENT | 58 ESTATES RD, PINE HILL, NJ 08021-6536  ☒ OWN ☐ RENT |
| LENGTH AT RESIDENCE | 40 yr(s)  0 mth(s) | 40 yr(s)  0 mth(s) |
| PREVIOUS ADDRESS | | |

**COMPLETE FOR JOINT CREDIT, SECURED CREDIT OR IF YOU LIVE IN A COMMUNITY PROPERTY STATE:**
Applicant: ☐ MARRIED  ☐ SEPARATED  ☐ UNMARRIED (Single - Divorced - Widowed)
Other: ☐ MARRIED  ☐ SEPARATED  ☐ UNMARRIED (Single - Divorced - Widowed)

LIST AGES OF DEPENDENTS NOT LISTED BY OTHER APPLICANT (Exclude Self)

### EMPLOYMENT INFORMATION

| | APPLICANT | OTHER |
|---|---|---|
| NAME AND ADDRESS OF EMPLOYER | PHILA GEAR | RETIRED |
| YOUR TITLE/GRADE | RETIRED - MACHINIST | HOUSE WIFE |
| SUPERVISOR'S NAME | | |
| START DATE | 8/12/1976 | |
| HOURS AT WORK | | |
| IF SELF EMPLOYED, TYPE OF BUSINESS | | |

IF EMPLOYED IN CURRENT POSITION LESS THAN FIVE YEARS, COMPLETE PREVIOUS EMPLOYER NAME AND ADDRESS

STARTING DATE    ENDING DATE

MILITARY: IS DUTY STATION TRANSFER EXPECTED DURING NEXT YEAR ☐ YES ☐ NO
WHERE    ENDING/SEPARATION DATE

### INCOME INFORMATION

NOTICE: Alimony, child support, or separate maintenance income need not be revealed if you do not choose to have it considered.

| | APPLICANT | OTHER |
|---|---|---|
| EMPLOYMENT INCOME | $ 0.00 PER month  ☐ NET ☒ GROSS | $ 0.00 PER  ☐ NET ☐ GROSS |
| OTHER INCOME | $ 3,100.00 PER month | $ 750.00 PER month |
| SOURCE | PENSION, SSI | SSI |

### REFERENCES
Please include Street, City, State and Zip.

| | APPLICANT | OTHER |
|---|---|---|
| NAME AND ADDRESS OF NEAREST RELATIVE NOT LIVING WITH YOU | | |
| RELATIONSHIP | | |
| HOME PHONE | | |

© CUNA Mutual Group 91, 2003, 08, 12, 13 All Rights Reserved    Page 1 of 2    KPAA71 (EST519)-e

## ASSETS/PROPERTY
Check box for Applicant/Other. List all assets and account number(s)-- Attach other sheets if necessary.

| APPLICANT | | | |
|---|---|---|---|
| SHARE DRAFT OR CHECKING AMOUNT $ | NAME AND ADDRESS OF DEPOSITORY | | |
| SAVINGS AMOUNT $ | NAME AND ADDRESS OF DEPOSITORY | | |

| OTHER (CO-APPLICANT, SPOUSE) | |
|---|---|
| SHARE DRAFT OR CHECKING AMOUNT $ | NAME AND ADDRESS OF DEPOSITORY |
| SAVINGS AMOUNT $ | NAME AND ADDRESS OF DEPOSITORY |

| APPLICANT | OTHER | LIST HOME AND ALL OTHER ITEMS YOU OWN AND LOCATION OF PROPERTY (For Example: Auto, Boat, Stocks, Bonds, Cash, Household Goods, Real Estate, etc.) | MARKET VALUE | PLEDGED AS COLLATERAL FOR ANOTHER LOAN | |
|---|---|---|---|---|---|
| | | HOME* | $ | YES | NO |
| | | | $ | YES | NO |
| | | | $ | YES | NO |

*LIST EVERY LIEN AGAINST YOUR HOME -- This section must be completed for the property which will be given as security, if applicable.
A lien is a legal claim filed against property as security for payment of a debt. Liens include mortgages, deeds of trust, land contracts, judgments and past due taxes.

FIRST MORTGAGE HELD BY **AMERICAN HERITAGE FCU**        OTHER LIENS (Describe)

IS THE PROPERTY DESCRIBED IN THIS SECTION: YOUR PRINCIPAL DWELLING? [X] YES [ ] NO    IS ANYONE OTHER THAN YOUR SPOUSE A PART OWNER OF YOUR HOME? [ ] YES [ ] NO
LISTED AS THE APPLICANT'S ADDRESS IN THE "APPLICANT INFORMATION" SECTION? [ ] YES [X] NO

## FINANCIAL INFORMATION
These questions apply to both Applicant and Other.

| IF A "YES" ANSWER IS GIVEN TO A QUESTION, EXPLAIN ON AN ATTACHED SHEET | APPLICANT YES | APPLICANT NO | OTHER YES | OTHER NO |
|---|---|---|---|---|
| DO YOU HAVE ANY OUTSTANDING JUDGMENTS? | | | | |
| HAVE YOU EVER FILED FOR BANKRUPTCY OR HAD A DEBT ADJUSTMENT PLAN CONFIRMED UNDER CHAPTER 13? | | | | |
| HAVE YOU HAD PROPERTY FORECLOSED UPON OR GIVEN A DEED IN LIEU OF FORECLOSURE IN THE LAST 7 YEARS? | | | | |
| ARE YOU A PARTY IN A LAWSUIT? | | | | |
| ARE YOU OTHER THAN A U.S. CITIZEN OR PERMANENT RESIDENT ALIEN? | | X | | X |
| IS YOUR INCOME LIKELY TO DECLINE IN THE NEXT TWO YEARS? | | | | |
| ARE YOU A CO-MAKER, CO-SIGNER OR GUARANTOR ON ANY LOAN NOT LISTED ABOVE? | | | | |

FOR WHOM (Name of Others Obligated on Loan):        TO WHOM (Name of Creditor):

## SIGNATURES

You promise that everything you have stated in this application is correct to the best of your knowledge and that the above information is a complete listing of all your debts and obligations. You authorize the credit union to obtain credit reports in connection with this application for credit and for any update, renewal or extension of the credit received. If you request, the credit union will tell you the name and address of any credit bureau from which it received a credit report on you. You understand that it is a crime to willfully and deliberately provide incomplete or incorrect information in this application.

If there are any important changes, you will notify us in writing immed- iately. You also agree to notify us of any change in your name, address or employment within a reasonable time thereafter.

X _Henry C Schaber_ (SEAL) 5-27-16
APPLICANT'S SIGNATURE                DATE

X _MaryAnne Schaber_ (SEAL) 5-27-16
OTHER SIGNATURE                DATE

American Heritage Federal Credit Union        433838
LOAN ORIGINATOR ORGANIZATION            NMLSR ID NUMBER

Yvette Cummings                449135
LOAN ORIGINATOR                NMLSR ID NUMBER

## Information for Government Monitoring Purposes

Notice: Complete only if this is a Home Improvement Loan, or if you are applying to purchase or refinance your residence.

Property Address: 58 ESTATES RD LOT 2 BLOCK 112.01, PINE HILL, NJ 08021-6536

The following information is requested by the Federal Government for certain types of loans related to a dwelling in order to monitor the lender's compliance with equal credit opportunity, fair housing and home mortgage disclosure laws. You are not required to furnish this information, but are encouraged to do so. The law provides that a lender may not discriminate either on the basis of this information, or on whether you choose to furnish it. If you furnish the information, please provide both ethnicity and race. For race, you may check more than one designation. If you do not furnish ethnicity, race, or sex, under Federal regulations, this lender is required to note the information on the basis of visual observation and surname if you have made this application in person. If you do not wish to furnish the information, please check the box below.

### APPLICANT
[ ] I DO NOT WISH TO FURNISH THIS INFORMATION

ETHNICITY:
[ ] Hispanic or Latino
[ ] Not Hispanic or Latino

RACE:
[ ] American Indian or Alaska Native
[ ] Asian
[ ] Black or African American
[ ] Native Hawaiian or Other Pacific Islander
[ ] White

SEX:
[ ] Male
[ ] Female

### CO-APPLICANT
[ ] I DO NOT WISH TO FURNISH THIS INFORMATION

ETHNICITY:
[ ] Hispanic or Latino
[ ] Not Hispanic or Latino

RACE:
[ ] American Indian or Alaska Native
[ ] Asian
[ ] Black or African American
[ ] Native Hawaiian or Other Pacific Islander
[ ] White

SEX:
[ ] Male
[ ] Female

| To be completed by Interviewer. This application was taken by: | Interviewer's Name (print or type) | Name and Address of Interviewer's Employer |
|---|---|---|
| [ ] Face-to-face interview | | American Heritage Federal Credit Union |
| [ ] Mail | Interviewer's Signature        Date | 2060 Red Lion Road |
| [X] Telephone | | Philadelphia, PA 19115 |
| [ ] Internet | Interviewer's Phone Number (incl. area code) 215-969-0777 | |