

# Electronically Recorded Document

Equity Loan Services Order Number:

The attached document was recorded on your behalf by Equity Loan Services via our electronic recording process.

We are returning your original document along with this cover page that includes the post-recordings information at the bottom. To view a full image of the post-recorded document, please visit our website at www.elsonline.net .

Thank you for allowing Equity Loan Services to record your documents.



**Recorded Date/Time:**   4/16/2009 2:55:00 PM
**Instrument Number:**   2009025718
**Book:**
**Page:**  1244

**Document Type:**  Mortgage
**Document Seq:**  1

Please visit *www.elsonline.net* to view the entire Recorded document image.

1100 Superior Ave
Cleveland, OH 44114
TEL: (216) 241-1278
TOLL: (800) 221-8683