UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
American Heritage FCU

**Order Filed on April 20, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:  19-25770- JNP

In Re:
        Henry C. Schaber & Mary Anna T. Schaber,

Debtors.

Hearing Date: 4/20/2021 @ 11:00 a.m.

Judge:  Jerrold N. Poslusny Jr.

## ORDER DIRECTING REDACTION OF PERSONAL INFORMATION

        The relief set forth on the following pages, numbered two (2) through two (2) is hereby
**ORDERED.**

**DATED: April 20, 2021**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor:  Mary Anna Schaber & Henry Schaber
Case No:  19-25770 JNP
Caption of Order:  ORDER DIRECTION REDACTION OF PERSONAL INFORMATION
_____

      The court having reviewed the Motion Requesting Redaction of Personal Information filed in this case by American Heritage FCU, Denise Carlon, Esq. appearing, and regarding the Motion for Relief from Stay, Note filed in Support Docket # 22-4),

      It is **ORDERED, ADJUDGED and DECREED** that the above document (Docket # 22-4) be immediately restricted from view on the Court's public docket; and

      It is further **ORDERED, ADJUDGED and DECREED** that Movant has already filed a redacted version of the document according to applicable court rules; and

      It is further **ORDERED, ADJUDGED and DECREED** that the movant shall serve this order on all affected parties not later than one day after its entry.