| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>Main Phone: 609-250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>American Heritage FCU | **Order Filed on April 20, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey**<br><br>Case No.: <u>19-25770- JNP</u> |
| In Re:<br>      Henry C. Schaber & Mary Anna T. Schaber,<br>Debtors. | Hearing Date: 4/20/2021 @ 11:00 a.m.<br>Judge:  <u>Jerrold N. Poslusny Jr.</u> |

### ORDER DIRECTING REDACTION OF PERSONAL INFORMATION

   The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: April 20, 2021**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor:  Mary Anna Schaber & Henry Schaber
Case No:  19-25770 JNP
Caption of Order:  ORDER DIRECTION REDACTION OF PERSONAL INFORMATION
_____

The court having reviewed the Motion Requesting Redaction of Personal Information filed in this case by American Heritage FCU, Denise Carlon, Esq. appearing, and regarding the Motion for Relief from Stay, Note filed in Support Docket # 28-5),

It is **ORDERED, ADJUDGED and DECREED** that the above document (Docket # 28-5) be immediately restricted from view on the Court's public docket; and

It is further **ORDERED, ADJUDGED and DECREED** that Movant has already filed a redacted version of the document according to applicable court rules; and

It is further **ORDERED, ADJUDGED and DECREED** that the movant shall serve this order on all affected parties not later than one day after its entry.

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-25770-JNP |
| Henry C Schaber | Chapter 13 |
| Mary Anna T Schaber | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 21, 2021 | Form ID: pdf903 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Henry C Schaber, 58 Estates Road, Clementon, NJ 08021-6536 |
| jdb | + | Mary Anna T Schaber, 58 Estates Road, Clementon, NJ 08021-6536 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2021            Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor American Heritage FCU dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Joseph J. Rogers | on behalf of Joint Debtor Mary Anna T Schaber jjresq@comcast.net  jjrogers0507@gmail.com |
| Joseph J. Rogers | on behalf of Debtor Henry C Schaber jjresq@comcast.net  jjrogers0507@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-1                      User: admin                                 Page 2 of 2
Date Rcvd: Apr 21, 2021                   Form ID: pdf903                         Total Noticed: 2
TOTAL: 5