UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
American Heritage FCU

**Order Filed on April 27, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:  19-25770 JNP

In Re:
        Henry C. Schaber, Mary Anna T. Schaber

Debtors

Adv. No.:

Hearing Date:  4/20/2021 @ 11:00 a.m.

Judge:  Jerrold N. Poslusny Jr.

## ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: April 27, 2021**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtors:  Henry C. Schaber, Mary Anna T. Schaber
Case No:  19-25770 JNP
Caption of Order:  ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR
RELIEF FROM STAY

_____

      This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, American Heritage FCU, Denise Carlon, Esq. appearing, upon a motion to vacate the automatic stay as to real property located at 58 Estates Road, Clementon, NJ 08021, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Joseph J. Rogers, Esq., attorney for Debtors, and for good cause having been shown

      It is **ORDERED, ADJUDGED and DECREED** that as of April 19, 2021 Debtors are in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due December 2020 through April 2021 for a total post-petition default of $2,759.09 (5 @ $551.87, less suspense $0.26); and

      It is **ORDERED, ADJUDGED and DECREED** the debtor will make an immediate payment of $2,208.00; and

      It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $551.09 will be paid by Debtor remitting $91.84  for per month for five months and $91.89 for one month in addition to the regular monthly mortgage payment, which additional payments shall begin on May 1, 2021 and continue for a period of six months until the post-petition arrears are cured; and

      It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume May 1, 2021, directly to Secured Creditor's servicer, American Heritage FCU, 2060 Red Lion Road, Philadelphia, PA 19115 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

      It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if the lump sum payment or any regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

      It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

      It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $188.00 for filing fees, totaling $538.00, which is to be paid through Debtors' Chapter 13 plan and motion for relief is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 19-25770-JNP

Henry C Schaber                                                                 Chapter 13

Mary Anna T Schaber

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1                        User: admin                                Page 1 of 1

Date Rcvd: Apr 28, 2021                     Form ID: pdf903                            Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Henry C Schaber, Mary Anna T Schaber, 58 Estates Road, Clementon, NJ 08021-6536 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2021                          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor American Heritage FCU dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Joseph J. Rogers | on behalf of Joint Debtor Mary Anna T Schaber jjresq@comcast.net  jjrogers0507@gmail.com |
| Joseph J. Rogers | on behalf of Debtor Henry C Schaber jjresq@comcast.net  jjrogers0507@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5