UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Joseph J. Rogers, Esquire (JJR1185)
Washington Professional Campus
900 Route 168, Suite I-4
Turnersville, NJ 08012
(856) 228-7964; Fax (856) 228-7965

In Re:
 Henry C Schaber and Mary Anna T Schaber

Debtor (s)

Chapter 13

Case Number:   19-25770 JNP

Judge: Jerrold N. Poslusny Jr.

## WITHDRAWAL OF DOCUMENT NO. 51  APPLICATION OF COMPENSATION FILED ON NOVEMBER 22, 2022

I, Joseph J. Rogers, Esq., counsel to Debtor(s), Henry C Schaber and Mary Anna T Schaber , hereby withdraw document no. 51 , Application of Compensation,  filed on November 22, 2022  in the above referenced  manner.

Dated: 11/23/2022                                                                /s/ Joseph J. Rogers, Esquire
                                                                                          Joseph J. Rogers, Esquire