UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Joseph J. Rogers, Esquire (JJR1185)
Law Office of Joseph J. Rogers
Washington Professional Campus Suite I-4
900 Route 168
Turnersville, NJ  08012
Attorneys for Debtor

Order Filed on December 20, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Henry and Mary Anna Schaber

Case No.: 19-25770-JNP

Chapter: 13

Hearing Date: 

Judge: Jerrold N. Poslusny, Jr

## ORDER APPROVING POST-PETITION FINANCING

The relief set forth on the following pages, numbered two (2) through three (3) is **ORDERED**.

**DATED: December 20, 2022**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

THIS MATTER having come before the Court on the debtor's Motion to Approve Post-Petition Financing, and the Court having considered the debtor's motion and any opposition thereto, and good and sufficient cause appearing therefrom for the entry of this order, it is hereby

ORDERED that the debtor(s) be and hereby are allowed to refinance real property located at _____58 Estates Road, Pine Hill, New Jersey 08021_____ pursuant to the terms outlined in the debtor's certification in support of the refinancing motion; and it is further

ORDERED that from the funds received in connection with the refinance, all liens on the property shall be paid in full, at closing; and it is further

ORDERED that debtor(s) are authorized to pay the usual and necessary costs and expenses of settlement; and it is further

ORDERED that the debtor shall:

❏  Satisfy all Plan obligations from financing proceeds

❏  Continue to make payments under the Plan as proposed or confirmed

☒  Modify the Plan as follows:

    Debtors shall continue to make plan payments to pay any remaining unsecured creditors if the funds from the financing are insufficient to pay off the Chapter 13 plan in full. No further payments shall be made through the plan to the secured tax lienholder FIG CUST after the refinance allowed herein is completed.

~~ORDERED that debtor's counsel shall be allowed a legal fee of $_____ for representation in connection with this motion, which is to be paid (**choose one**)~~:

❏ at closing      ❏ through the plan      ❏ outside the plan;

and it is further

2

ORDERED that the chapter 13 trustee shall be provided with a copy of the HUD-1 settlement statement within seven (7) days of the closing of the refinance; and it is further

ORDERED that Fed. R. Bankr. P. 6004(h), which provides for a 14 day stay of this order,

☐ is applicable        ☒ is not applicable

ORDERED that the following other provisions apply:

IT IS FURTHER ORDERED that the mortgage balance(s) owed on the on debtor's property located at 58 Estate Road, Pine Hill, New Jersey 08021 shall remain in full force and effect and debtor shall remain obligated to pay any mortgage note(s) until that property is sold, refinanced, or surrendered.

*rev.8/1/15*