FILED
JEANNE A. NAUGHTON, CLERK

DEC 20 2022

U.S. BANKRUPTCY COURT
CAMDEN, N.J.
BY_____ DEPUTY

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | | |
|---|---|---|
| In Re: Henry C Schaber and Mary Anna T Schaber | Case No.: | 19-25770 |
| | Adversary No.: | N/A |
| | Chapter: | 13 |
| | Judge: | Jerrold N. Poslusny, Jr. |

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type: FIG Cust FIGNJ19LLC & Sec Pty
(Example: John Smith, creditor)

Old address: PO Box 54226
New Orleans, Louisiana 70154-4226

New address: PO Box 669507
Dallas, TX 75266-9507

New phone no.: _____
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: 12/15/2022        /s/ Johnny Roberts
                        Signature

*rev.8/1/2021*

